ALLEN LICHTENSTEIN (SBN 3992)
Attorney at Law
3315 Russell Road, #222
Las Vegas, NV 89120
Telephone: (702) 433-2666
Facsimile: (702) 433-9591
allaw@lvcoxmail.com

JOHN HOUSTON SCOTT (SBN 72578)
(admitted pro hac vice)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
**john@scottlawfirm.net**

Attorneys for Plaintiff NIKTA JANATI

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NIKTA JANATI,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF NEVADA LAS VEGAS SCHOOL OF DENTAL MEDICINE, R. MICHAEL SANDERS, STANLEY NELSON, CHRISTOPHER KYPUROS, KAREN WEST, BRANDON BIEHLER, ELENI COLLIS, and DOES 1-20,<br><br>　　Defendants. | Case No: 2:15-CV-01367-APG-CWH<br><br>**STIPULATION** |

Come now the parties, by and through the undersigned attorneys and file this stipulation for a continuance. Currently Plaintiff's Response to Defendants' Motion to Dismiss is due on August 20, 2015. The parties stipulate that the due date for Plaintiff's Response brief shall be extended until August 31, 2015, Defendant's Reply brief shall be due on September 22, 2015.

Dated this 7th day of August 2015.

Respectfully submitted by:

/s/ Allen Lichtenstein
Allen Lichtenstein
Nevada Bar No: 3992
3315 E. Russell Road, Suite No.222
Las Vegas, Nevada 89120
Tele: 702-433-2666
Fax: 702-433-9591
allaw@lvcoxmail.com
Attorney for Plaintiffs

/s/ Debra L. Pieruschka
Debra L. Pieruschka
Assistant General Counsel
Nevada Bar No. 10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada 89154-1085
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*

John Houston Scott
(SBN 72578)
(admitted pro hac vice
SCOTT LAW FIRM
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
**john@scottlawfirm.net**

Attorneys for Plaintiff NIKTA JANATI

## ORDER

It is hereby ordered that the due date for Plaintiff's Response brief to Defendants' Motion to Dismiss shall be extended until August 31, 2015, Defendant's Reply brief shall be due on September 22, 2015.

_____
UNITED STATES DISTRICT JUDGE
Dated: August 10, 2015.