ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
UNIVERSITY OF NEVADA, LAS VEGAS
4505 S. Maryland Parkway, Box 451085
Las Vegas, Nevada  89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NIKTA JANATI,<br><br>         Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF NEVADA, LAS VEGAS SCHOOL OF DENTAL MEDICINE, R. MICHAEL SANDERS, STANLEY NELSON, CHRISTOPHER KYPUROS, KAREN WEST, BRANDON BIEHLER, ELENI COLLIS, AND DOES 1-20,<br><br>         Defendants. | **CASE NO.:** 2:15-CV-01367-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND SCHEDULED DEADLINES**<br><br>**[First Request]** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request this Court extend the unexpired Discovery Deadlines in the above-captioned case for 120 days, up to and including, August 8, 2016.  In support of this Stipulation, the parties state as follows:

**A.    DISCOVERY COMPLETED TO DATE**

The parties have been actively engaged in the discovery process.  The following discovery has been conducted:

1.    Plaintiff's Request for Production (First Set) on Defendant University of Nevada, Las Vegas;

2.    Plaintiff's Request for Production (First Set) on Defendant R. Michael Sanders;

3. Plaintiff's Request for Production (First Set) on Defendant Stanley Nelson;

4. Plaintiff's Request for Production (First Set) on Defendant Christopher Kypuros;

5. Plaintiff's Request for Production (First Set) on Defendant Karen West;

6. Plaintiff's Request for Production (First Set) on Defendant Brandon Biehler;

7. Plaintiff's Request for Production (First Set) on Defendant Eleni Collis;

8. Defendant University of Nevada, Las Request for Production (First Set) to Plaintiff, Nikta Janati;

9. Plaintiff's Request for Production (Second Set) on Defendant R. Michael Sanders;

10. Plaintiff's Request for Production (Second Set) on Defendant Stanley Nelson;

11. Plaintiff's Request for Production (Second Set) on Defendant Christopher Kypuros;

12. Plaintiff's Request for Production (Second Set) on Defendant Karen West;

13. Plaintiff's Request for Production (Second Set) on Defendant Brandon Biehler;

14. Plaintiff's Request for Production (Second Set) on Defendant Eleni Collis;

15. Depositions have been taken of the following Defendants:

    a. Dr. R. Michael Sanders;

    b. Dr. Stanley Nelson;

    c. Christopher Kypuros, Ph.D.

    d. Dr. Eleni Collis; and

    e. Dr. Brandon Biehler

16. Depositions have been taken of the following percipient witnesses:

    a. Dr. Lemon;

    b. Dr. Dittmeyer;

    c. Dr. Ancajas;

    d. Dr. Davenport;

    e. Dr. Mobley; and

    f. Dr. Ingel

**B.   DISCOVERY REMAINING TO BE COMPLETED**

The following discovery remains to be completed:

X:\Groups\General Counsel\LITIGATION FILES\Janati, Nikta - 2015\Pleadings\Draft\2016-03-08 Stip and Order to Extend Discovery Deadlines.docx

2

1.    Deposition of Defendant Dr. Karen West scheduled for March 23, 2016.

2.    Deposition of Plaintiff Nikta Janati for March 23, 2016.

3.    Additional written discovery is anticipated to be served by both Plaintiff and Defendants related to information obtained during the course of depositions

4.    Responses are still pending for both parties' outstanding requests for production.

**C.    REASON FOR REQUEST FOR EXTENSION OF DISCOVERY DEADLINES**

The parties have been conducting discovery in a diligent fashion. However, due to the number of defendants, the number of claims, and complexity of issues, the parties will be unable to complete discovery as set forth in the current Scheduling Order. A number of depositions have been held identifying additional people, documents, and issues that could be relevant to this case and need to be deposed and/or produced. Additionally, a number of these individuals identified no longer reside in Nevada and may necessitate coordination amongst the parties. This is the parties' first request for any such extension.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

D.  **PROPOSED SCHEDULE FOR COMPLETING DISCOVERY**

1. The Close of Discovery should be extended to August 8, 2016.
2. The Interim Status Report deadline should be extended to June 9, 2016.
3. The Dispositive Motion deadline should be extended to September 8, 2016.
4. All other deadlines in this Court's Scheduling Order dated October 14, 2015 remain the same.

DATED: MARCH 11, 2016.                    DATED: MARCH 11, 2016.

/S/   DEBRA PIERUSCHKA                     /S/   ALLEN LICHTENSTEIN
DEBRA L. PIERUSCHKA                        ALLEN LICHTENSTEIN
Assistant General Counsel                  3315 Russell Road, #222
Nevada Bar No. 10185                       Las Vegas, NV  89120
UNIVERSITY OF NEVADA, LAS VEGAS            Telephone: (702) 433-2666
4505 S. Maryland Parkway, Box 451085       Facsimile: (702) 433-9591
Las Vegas, Nevada 89154-1085               Email: allaw@lvcoxmail.com
Telephone: (702) 895-5185
Facsimile: (702) 895-5299
*Attorneys for Defendants*                 JOHN HOUSTON SCOTT
                                           SCOTT LAW FIRM
                                           1388 Sutter Street, Ste. 715
                                           San Francisco, CA  94109
                                           Telephone: (415)561-9600
                                           Facsimile: (415)561-9609
                                           Email: john@scottlawfirm.net

## ORDER

Based on a review of the parties' stipulation for extension of time (doc. # 22), IT IS HEREBY ORDERED that the instant stipulation is **granted in part**. The parties shall have an additional **90 days** to complete discovery in this case.

_____
United States Magistrate Judge