ALLEN LICHTENSTEIN (SBN 3992)
Attorney at Law
3315 Russell Road, #222
Las Vegas, NV 89120
Telephone: (702) 433-2666
Facsimile: (702) 433-9591
allaw@lvcoxmail.com

JOHN HOUSTON SCOTT (SBN 72578)
(admitted pro hac vice)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, California 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
john@scottlawfirm.net

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NIKTA JANATI, | |
| Plaintiff, | Case No: 2:15-cv-1367-APG-CWH |
| v. | |
| UNIVERSITY OF NEVADA LAS VEGAS SCHOOL OF DENTAL MEDICINE, R. MICHAEL SANDERS, STANLEY NELSON, CHRISTOPHER KYPUROS, KAREN WEST, BRANDON BIEHLER, ELENI COLLIS, and DOES 1-20, | **STIPULATION FOR PLAINTIFF TO ABANDON GENERAL DAMAGES CLAIMS**<br><br>**ORDER** |
| Defendants. | |

It is hereby stipulated by and between the Parties, by and through their respective counsel, as follows:

1. Plaintiff is abandoning all claims found in her First Amended Complaint (ECF. No. 29) for

    general damages, including, but not limited to, any and all medical and emotional distress

claims;

2. Paragraphs 73, 78, and Plaintiff's second prayer for relief in the First Amended Complaint (ECF. No. 29) shall be stricken in their entirety;

3. Plaintiff's reference to being "upset" in Paragraph 21 of her First Amended Complaint (ECF. No. 29) shall be stricken;

4. Plaintiff and her counsel agree not to mention, refer to, or attempt to convey to the jury in any manner, either directly or indirectly, that Plaintiff has suffered any hurt, upset, emotional distress or medical symptoms/treatment in connection with the allegations found in the First Amended Complaint (ECF. No. 29);

5. Plaintiff stipulates and agrees that the jury will be instructed that it may not award general damages or damages of any kind for any pain, suffering, hurt, embarrassment, or emotional distress and that Plaintiff's damages are limited to non-medical compensatory and economic damage, only;

6. Nothing in this stipulation will preclude the Defendants from taking discovery on her prior allegations of medical/emotional distress as Plaintiff's prior allegations may relate to the Defendant's defenses at trial nor waive or preclude the right of Plaintiff to object to such; and

7. The Parties agree to address the admissibility at trial of any evidence gathered on these medical/emotional issues during discovery through motions in limine.

Dated this 13th day of September, 2016.

Respectfully submitted by:

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: September 13, 2016.

| | |
|---|---|
| s/ Allen Lichtenstein <br> Allen Lichtenstein, <br> Nevada Bar No. 3992 <br> 3315 Russell Road, No. 222 <br> Las Vegas, NV 89120 <br> (702) 433-2666 - phone <br> (702) 433-9591 - fax <br> allaw@lvcoxmail.com | s/Debra L. Pieruschka <br> Debra L. Pieruschka <br> Asst. General Counsel <br> UNLV 4505 S. Maryland Parkway, Box 451085 <br> Las Vegas, NV 89154 <br> (702) 895-5185 phone <br> (702) 895-5299 fax |
| JOHN HOUSTON SCOTT (SBN 72578) <br> (admitted pro hac vice) <br> **SCOTT LAW FIRM** <br> 1388 Sutter Street, Suite 715 <br> San Francisco, California 94109 <br> Telephone: (415) 561-9600 <br> Facsimile: (415) 561-9609 <br> john@scottlawfirm.net <br><br> Attorneys for Plaintiff | Lyssa A. Anderson <br> Kaempfer Crowell <br> 1980 Festival Plaza Drive, Ste. 650 <br> Las Vegas, NV 89135 <br> (702) 792-7000 phone <br> (702)796-7181 fax <br> landerson@kcnvlaw.com <br><br> Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

United States District Court Judge

_____

Submitted by:

 /s/ Allen Lichtenstein
ALLEN LICHTENSTEIN (SBN 3992)
Attorney at Law
3315 Russell Road, #222
Las Vegas, NV 89120
Telephone: (702) 433-2666
Facsimile: (702) 433-9591
allaw@lvcoxmail.com