ELDA M. SIDHU
General Counsel
Nevada Bar No. 7799
DEBRA L. PIERUSCHKA
Assistant General Counsel
Nevada Bar No. 10185
University of Nevada, Las Vegas
4505 S. Maryland Parkway, Box 451085
Las Vegas, NV 89154-1085
Telephone:  (702) 895-5185
Facsimile:  (702) 895-5299

LYSSA S. ANDERSON
Nevada Bar No. 5781
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:  (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NIKTA JANATI, | Case No.: 2:15-cv-1367-APG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| UNIVERSITY OF NEVADA, LAS VEGAS SCHOOL OF DENTAL MEDICINE, R. MICHAEL SANDERS, STANLEY NELSON, CHRISTOPHER KYPUROS, KAREN WEST, BRANDON BIEHLER, ELENI COLLIS, and DOES 1-20, | **(First Request)** |
| Defendants. | |

Defendants University of Nevada, Las Vegas School of Dental Medicine, R. Michael Sanders, Christopher Kypuros, Karen West, Brandon Biehler, and Eleni Collis, by and through their attorneys, and Plaintiff, Nikta Janati, by and through her attorneys, hereby agree and

stipulate to extend the Dispositive Motion deadline currently set for December 7, 2016, for an additional thirty (30) days, until January 6, 2017. This is the first requested extension between the parties. The extension is being requested as discovery in this matter recently closed and the parties conducted several depositions immediately preceding the close of discovery. The parties have been informed that the deposition transcripts will not be available for several weeks. As such, the parties require additional time to obtain those transcripts, review and summarize them for use in preparation of the dispositive motions.

The requested extension is timely pursuant to LR 26-4. The extension will not prejudice any party and will allow the parties to properly brief their dispositive motions for this Court. The parties are not delaying the conclusion of this matter by way of trial or otherwise; no trial date has yet been ordered.

DATED this 16th day of November, 2016.

KAEMPFER CROWELL

By: /s/ Lyssa S. Anderson
LYSSA S. ANDERSON (Bar No. 5781)
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV  89135

ELDA M. SIDHU (Bar No. 7799)
General Counsel
DEBRA L. PIERUSCHKA (Bar No. 10185)
Assistant General Counsel
University of Nevada, Las Vegas
4505 S. Maryland Parkway, Box 451085
Las Vegas, NV  89154-1085

By: /s/ Allen Lichtenstein
ALLEN LICHTENSTEIN (Bar No. 3992)
3315 Russell Road, #222
Las Vegas, NV 89120

JOHN HOUSTON SCOTT
Scott Law Firm
1388 Sutter Street, Suite 715
San Francisco, CA  94109
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED this __18__ day of November, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

1896075_1.doc